THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES ZGLINICKI, Appellant. [869 NYS2d 808]

Present—Scudder, P.J., Smith, Centra and Fahey, JJ.